FISHER & PHILLIPS LLP
JAMIE L. CLARK, ESQ.
Nevada Bar No. 16687
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 862-3800
E-Mail Address: jlclark@fisherphillips.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDWARD STONE,
Plaintiff,

v.

UPDIKE DISTRIBUTION LOGISTICS, LLC, an Arizona limited liability company; UPDIKE DISTRIBUTION LOGISTICS WELFARE BENEFITS PLAN, an Arizona employee welfare benefit plan,
Defendants.

Case No.: 2:26-CV-02075-EJY

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff Edward Stone and Defendants Updike Distribution Logistics, LLC and Updike Distribution Logistics Welfare Benefits Plan, by and through counsel, submit this Stipulation and Order to Extend Time for Defendants to respond to Plaintiff's Complaint. This is the parties' first request and is not made for purposes of delay or otherwise unnecessarily delaying these proceedings. The filing date of the Complaint is July 7, 2026.

Defendants' counsel was recently retained and requests additional time to review and investigate the issues raised in Plaintiff's complaint. The parties have agreed to an additional twenty-one days for Defendants to file responsive pleadings to Plaintiff's Complaint through and including September 8, 2026.

1. Plaintiff filed his Complaint on July 8, 2026 (ECF No. 1).

2. Service was made on Defendant Updike Distribution Logistics, LLC's registered agent on July 27, 2026 (ECF No 6).



FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

3. The current deadline for filing a responsive pleading is August 17, 2026.

4. The parties agree to an additional twenty-one days for Defendants to answer or otherwise respond to Plaintiff's Complaint through and including September 8, 2026.

5. The new date for Defendants to file a responsive pleading(s) to Plaintiff's Complaint is **September 8, 2026**.

6. This is the parties' first request to extend Defendants' deadline for filing responsive pleading(s).

This Stipulation and Order is not made for purposes of undue delay or for some improper purpose.

Dated this 14th day of August 2026.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Christopher M. Humes*
CHRISTOPHER M. HUMES, ESQ. (12782)
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
*Attorney for Plaintiff*

Dated this 14th day of August 2026

**FISHER & PHILLIPS LLP**

*Jamie L. Clark*
JAMIE L. CLARK (16687)
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: August 15, 2026

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101