FISHER & PHILLIPS LLP
JAMIE L. CLARK, ESQ.
Nevada Bar No. 16687
300 S. Fourth Street, Ste 1500
Las Vegas, NV 89101
702-862-3800
E-Mail Address: jlclark@fisherphillips.com

GEOFFREY FORNEY
Maine Bar No. 006734 (Admitted Pro Hac)
One Monument Square, Ste 801
Portland, Maine 04101
202-615-8315
E-mail Address: gforney@fisherphillips.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD STONE,<br>Plaintiff,<br><br>v.<br><br>UPDIKE DISTRIBUTION LOGISTICS, LLC, et al.;<br><br>Defendants. | Case No.: 2:26-CV-02075-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff Edward Stone and Defendants Updike Distribution Logistics, LLC and Updike Distribution Logistics Welfare Benefits Plan, by and through counsel, submit this Stipulation and Order to Extend Time for Defendants to respond to Plaintiff's Complaint. This is the Parties' second request for an extension of time. This request is not made for purposes of delay or otherwise unnecessarily delaying these proceedings.

The Parties through counsel are discussing a possible resolution to the issues raised in Plaintiff's Complaint. The Parties have agreed to an additional twenty-one days for Defendants to file responsive pleadings to Plaintiff's Complaint through and including September 29, 2026.

1. Plaintiff filed his Complaint on July 8, 2026 (ECF No. 1).

2. Service was made on Defendant Updike Distribution Logistics, LLC's registered agent on July 27, 2026 (ECF No 6).

3. On August 14, 2026, the Parties filed their first request and stipulation for extension of time for Defendants to answer or otherwise respond to the Complaint (ECF No. 8). The Court granted the Parties' request (ECF No. 12). The current deadline for filing responsive pleadings is September 8, 2026.

4. The Parties agree to an additional twenty-one days for Defendants to answer or otherwise respond to Plaintiff's Complaint through and including September 29, 2026.

5. The new date for Defendants to file a responsive pleading(s) to Plaintiff's Complaint is **September 29, 2026**.

6. This is the Parties' second request to extend Defendants' deadline for filing responsive pleading(s).

Dated this 7th day of September, 2026.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Christopher M. Humes*
CHRISTOPHER M. HUMES (12782)
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
*Attorney for Plaintiff*

Dated this 7th day of September, 2026

**FISHER & PHILLIPS LLP**

*/s/Geoffrey Forney*
GEOFFREY FORNEY (pro hac vice)
One Monument Square, Ste. 801
Portland, ME 04101
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: September 8, 2026