GEOFFREY FORNEY
Maine Bar No. 006734 *(Pro Hac Vice)*
Fisher & Phillips LLP
One Monument Square, Ste. 801
Portland, Maine 04101
202-615-8315
gforney@fisherphillips.com

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD STONE,<br><br>Plaintiff,<br><br>v.<br><br>UPDIKE DISTRIBUTION LOGISTICS, LLC, an Arizona limited liability company; UPDIKE DISTRIBUTION LOGISTICS WELFARE BENEFITS PLAN, an Arizona employee welfare benefit plan,<br><br>Defendants. | Case No.: 2:26-CV-02075-EJY<br><br>**STIPULATION FOR DISMISSAL OF CIVIL ACTION WITH PREJUDICE** |

Plaintiff Edward Stone and Defendants Updike Distribution Logistics, LLC and Updike Distribution Logistics, LLC Welfare Benefits Plan, by and through their respective counsels of record, stipulate to dismissal of this action in its entirety with prejudice.

1. The parties resolved and settled all claims and causes of action brought in Plaintiff's complaint.
2. The claims, issues, disputes, and causes of action in this matter are fully and finally settled.
3. The parties agree to dismissal of this action and Plaintiff's complaint with prejudice.
4. The parties shall bear their own fees and costs.

Now, therefore, the parties stipulate that Plaintiff's complaint (ECF No. 1) and all claims and causes of action are dismissed with prejudice.

**IT IS SO AGREED AND STIPULATED:**

**FISHER & PHILLIPS LLP**

/s/ Geoffrey Forney
Geoffrey Forney
(Pro Hac Vice)
One Monument Square, Ste. 801
Portland, ME 04401

Attorney for Defendants
Updike Distribution Logistics, LLC and
Updike Distribution Logistics, LLC
Welfare Benefits Plan

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ Christopher M. Humes
Christopher M. Humes
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-2102

Attorney for Plaintiff Edward Stone

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: October 12, 2026